NUMBER 13-97-444-CR

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 __________________________________________________________________ 



ROGELIO RIOS , Appellant, 



v.

 

THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 



On appeal from the 275th District Court 

of Hidalgo County, Texas.

 ___________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Seerden and Justices Yañez and Rodriguez 

Opinion Per Curiam

 

 This cause is before the Court on appellant's motion to withdraw his notice of appeal. The motion complies with Tex. R.
App. P. 42.2(b). 

 The Court, having considered the documents on file and appellant's motion to withdraw notice of appeal, is of the opinion
that appellant's motion to withdraw notice of appeal should be granted. Accordingly, the opinion delivered by this Court on
August 24, 2000, is WITHDRAWN. Appellant's motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 9th day of November, 2000 .